## LOUIS M. F. JACQUEMART *et al.*

*v.*

## GEORGE H. ERB.

MOTION—*as a remedy to set aside a decree of former term.* A decree of a former term can not be reviewed and set aside upon a mere motion.

APPEAL from the Circuit Court of McDonough county; the Hon. CHAUNCEY L. HIGBEE, Judge, presiding.

The facts of this case will be found set forth in the opinion of the court in the preceding case of *Dolton* v. *Erb et al.*

Messrs. HILL & DALE, for the appellants.

Mr. S. CORNING JUDD, for the appellee.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

In this case the appellant sought, by motion, to set aside the same decree which is attacked by means of a bill in the nature of a bill of review, in the case of *Dolton* v. *Erb, ante.* Apart from the insuperable objection to an attempt to review and set aside a decree of a former term by a mere motion, we have stated in the opinion, filed in the preceding case, the reasons why the relief sought can not be granted, even in a proceeding by bill.

*Judgment affirmed.*